**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

JUAN MANUEL DUCLER,

Plaintiff,

-against-

25 **CIVIL** 7018 (LLS)

**JUDGMENT**

REPUBLIC OF ARGENTINA; JOHN DOES 1-10,

Defendants.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 29, 2026, Plaintiff's second amended complaint, filed IFP under 28 U.S.C. § 1915(a)(1), is dismissed for failure to state a claim on which relief may be granted, on immunity grounds, and without prejudice for lack of subject matter jurisdiction, 28 U.S.C. § 1915(e)(2)(B)(ii)-(iii), Fed. R. Civ. P. 12(h)(3). The Court declines to exercise its supplemental jurisdiction of any state-law claims Plaintiff may be asserting, 28 U.S.C. § 1367.

**Dated:** New York, New York

August 4, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**